IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONTE HANEY,

    Plaintiff,                           No. CIV S-07-1510 LKK GGH P

    vs.

J. BONDOC, et al.,

    Defendants.                   <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In his complaint, plaintiff alleges violations of his civil rights by defendants.[1] The alleged violations took place in Kings County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper

---

[1] Of the twenty defendants plaintiff has named, only three are identified as located in Sacramento. However, these three, N. Grannis, Anita Mitchell, and Theresa Kimura, appear to be sued largely in a nominal and/or <u>respondeat</u> <u>superior</u> capacity. As plaintiff is seeking monetary damages only, these individuals are likely to be subject to dismissal from this 42 U.S.C. § 1983 action. <u>Fayle v. Stapley</u>, 607 F.2d 858, 862 (9th Cir. 1979).

1

1 | division of the court. Therefore, this action will be transferred to the Fresno Division of the
2 | court.
3 |       Good cause appearing, IT IS HEREBY ORDERED that:
4 |       1.  This court has not ruled on plaintiff's request to proceed in forma pauperis;
5 |       2. This action is transferred to the United States District Court for the Eastern
6 | District of California sitting in Fresno; and
7 |       3. All future filings shall reference the new Fresno case number assigned and
8 | shall be filed at:

      United States District Court
      Eastern District of California
      2500 Tulare Street
      Fresno, CA 93721

DATED: 8/22/07

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
hane1510.22fn